UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KERRY HINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC,<br><br>Defendant. | Case No. 2:22-cv-02241-ES-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kerry Hines hereby dismisses without prejudice all claims against Defendant Fashion Nova, LLC.

Dated: June 16, 2022

**SO ORDERED.**

/s/ Esther Salas
Hon. Esther Salas, U.S.D.J.
Date: June 17, 2022

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
         Philip L. Fraeitta

Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*